UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| MARIBEL GASSER-CASTILLO, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-1444-MHH-SGC |
| KIMBERLYL NEELY, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Maribel Gasser-Castillo filed this action on a petition for a writ of habeas corpus under 28 U.S.C. § 2241 while she was confined at the Federal Correctional Institution in Aliceville, Alabama. (Doc. 1). She sought the application of time credits toward her release date under the First Step Act, with the goal of obtaining early release from the custody of the Federal Bureau of Prisons. (Doc. 1). The magistrate judge entered a report on February 28, 2024, in which she recommended that the Court dismiss this action without prejudice because BOP has released Ms. Gasser-Castillo from custody. (Doc. 9). The magistrate judge advised the parties of their right to file specific written objections within 14 days. To date, the Court has not received objections.[1]

---

[1] The Clerk of Court mailed a copy of the magistrate judge's report and recommendation to Ms. Gasser-Castillo at FCI-Aliceville, even though the Court knew Ms. Gasser-Castillo no longer was incarcerated there. Ms. Gasser-Castillo did not update her address with the Court after she was

After consideration of the documents in the electronic record in this case including the magistrate judge's report, the Court adopts the report and accepts the recommendation. Consistent with that recommendation, by separate order, the Court will dismiss this action without prejudice as moot.

**DONE** and **ORDERED** this April 1, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

---

released from BOP custody.  The postal service returned the report and recommendation to the Clerk of Court as undeliverable.  (Doc. 10).

2